UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-465 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| GUS JONES III, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>: Bank Robbery

<u>Date of Detention Hearing</u>:

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Defendant is charged by Complaint with robbing a branch of Chase Bank in Seattle, Washington on September 8, 2009. Defendant has a lengthy criminal history that

includes a number of prior convictions for bank robbery.

  (2) Defendant was not interviewed by Pretrial Services. He had just completed a term of supervised release under the supervision of the United States Probation Office at the time of the alleged offense.

  (3) Defendant has a past history of substance abuse and mental illness. His criminal history includes numerous probation and parole violations.

  (4) Defendant poses a risk of nonappearance due to ongoing mental health issues, a history of violation of conditions of release and a history of substance abuse issues. He poses a risk of danger due to the nature of the charges, a history of substance abuse and mental health issues, and criminal history.

  (5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

  (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

  (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

01  is confined shall deliver the defendant to a United States Marshal for the purpose
02  of an appearance in connection with a court proceeding; and
03  (4) The clerk shall direct copies of this Order to counsel for the United States, to
04  counsel for the defendant, to the United States Marshal, and to the United States
05  Pretrial Services Officer.
06  DATED this 18th day of September, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91