Chief Judge Robert S. Lasnik

09-CR-00326-VRDCT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GUS JONES, III,<br><br>  Defendant. | NO. CR 09-326 RSL<br><br>[~~PROPOSED~~] ORDER FOR A PRETRIAL PSYCHIATRIC & PSYCHOLOGICAL EXAMINATION |

THE COURT, being advised that the Government seeks a pretrial psychiatric or psychological evaluation of defendant, Gus Jones III, and being satisfied the Government is entitled to a pretrial examination;

IT IS HEREBY ORDERED, pursuant to Title 18, United States Code, Sections 4242, and 4247(b), that defendant be committed to the custody of the Attorney General at a suitable facility, specifically a Federal Medical Center, for a period not to exceed 45 days and be examined during that time by a psychiatrist or psychologist chosen by the Attorney General who shall:

(1) examine defendant for purposes of evaluating defendant's insanity defense and any issues relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt.

[~~Proposed~~] Order for Psychiatric or Psychological Evaluation/
*United States v. Jones*, 09-326 RSL/ - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   The director of the facility may apply for a reasonable extension, not to exceed
2   thirty days upon a showing of good cause that the additional time is necessary to observe
3   and evaluate the defendant.
4   IT IS FURTHER ORDERED that, since the defendant was previously evaluated at
5   the United States Medical Center for Federal Prisoners at Springfield, Missouri, if it is
6   found to be a suitable, available facility, the defendant again be sent to the United States
7   Medical Center for Federal Prisoners at Springfield, Missouri.
8   IT IS FURTHER ORDERED that the defendant shall cooperate with the
9   psychiatrist or psychologist during this examination;
10  IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section
11  4247(c), that the examining psychiatrist or psychologist prepare a report of their
12  examination and file that report with the Court and provide copies to counsel for the
13  defendant and the United States;
14  IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section
15  4247(c), that the report shall include the defendant's history and present symptoms; a
16  description of the psychiatric, psychological, and medical tests that were employed and
17  their results; the examiner's findings; the examiners opinions as to diagnosis and
18  prognosis; and whether the defendant was insane at the time of the offense changed;
19  IT IS FURTHER ORDERED, that the United States Marshals Service transport
20  the defendant to the suitable facility, specifically a Federal Medical Center, within ten
21  days of the entry of this Order and return the defendant to the Federal Detention Center -
22  SeaTac within ten days of the completion of the examination ordered herein;
23  IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section
24  3161(h)(1)(A), that the time required to perform the examination of defendant be
25  excluded in computing the time within which the trial in this case must commence; and
26
27
28  [Proposed] Order for Psychiatric or
    Psychological Evaluation/
    *United States v. Jones*, 09-326 RSL/ - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section
2   3161(h)(1)(H), that the time taken by the United States Marshal's Office to transport the
3   defendant, up to ten days in each direction, be excluded in computing the time within
4   which the trial in this must commence.
5   DATED this 25st day of January, 2010.

    _____
    ROBERT S. LASNIK
    Chief United States District Judge

10  Presented by:
    /s/ Tessa M. Gorman
11  TESSA M. GORMAN
    Assistant United States Attorney
12  WSBA No. 35908
    United States Attorney's Office
13  700 Stewart Street, Suite 5220
    Seattle, WA 98101
14  Telephone: (206) 553-4994
    Fax: (206) 553-2502
15  E-mail: Tessa.Gorman@usdoj.gov

28  [Proposed] Order for Psychiatric or
    Psychological Evaluation/
    *United States v. Jones*, 09-326 RSL/ - 3