THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>GUS JONES, III,<br><br>Defendant. | NO. CR 09-326-RSL<br><br>ORDER |

This matter, having come before the Court pursuant to the Probation Office's May 5, 2017 petition for warrant, and after holding a hearing and considering the written submissions by the parties and being fully informed of the file herein,

IT IS ORDERED that no further action be taken on the petition at this time, and that the defendant shall be placed back on conditional release subject to the same terms and conditions of the original conditional release order, including, but not limited to, the directive that the defendant shall comply with all treatment recommendations by his mental health provider(s).

DATED this 18th day of May, 2017.

Robert S. Lasnik
United States District Judge