The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-00326RSL |
| Plaintiff, | **ORDER** |
| v. | |
| GUS JONES, | |
| Defendant. | |

This matter, having come before the Court pursuant to the government's unopposed continuance motion, and being fully informed of the file herein, the Court herby grants the requested continuance.

///
///
///
///
///
///

ORDER - 1
CR09-00326RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS HEREBY ORDERED that the government shall file its brief in response to
2  defendant's motion for immediate discharge no later than February 7, 2020, and that the
3  defense shall file its reply brief no later than February 14, 2020.

SO ORDERED.

DATED this 5th day of ~~January~~ February, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

ORDER - 2
CR09-00326RSL

1  Presented by:

2  */s/ Francis Franze-Nakamura*
3  FRANCIS FRANZE-NAKAMURA
   Assistant United States Attorney
4

ORDER - 3
CR09-00326RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970