THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-326-RSL |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO SEAL DOCUMENT |
| GUS JONES, III, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion by counsel for Gus Jones to file his motion for immediate discharge and support letters under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that the motion for immediate discharge pursuant to 18 U.S.C. § 4243(f)(1), along with the accompanying support letters, be filed under seal.

DATED this 6th day of February 2020.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Gus Jones

ORDER TO SEAL DOCUMENT
(*Gus Jones*, CR09-326-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100